In the Matter of EASTPORT ALLIANCE et al., Respondents, v JACKIE LOFARO et al., Respondents, and H.T.L., LLL, Appellant.

Submitted August 1, 2005; decided October 27, 2005

Motion for leave to appeal dismissed as untimely (*see* CPLR 5513 [b]).

MARIANNE J. KELLY, Respondent, v JOHN M. KELLY, Appellant.

Submitted October 17, 2005; decided October 27, 2005

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that it does not lie (*see* CPLR 5601).

JOHN LIERE et al., Appellants, v WIDE AWAKE FARMS, LLC, et al., Respondents.

Submitted August 8, 2005; decided October 27, 2005

Motion, insofar as it seeks leave to appeal as against Wide Awake Farms, LLC, dismissed upon the ground that as to that party the order sought to be appealed from does not finally determine the action within the meaning of the Constitution; motion for leave to appeal otherwise denied.